# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2572
Lower Tribunal No. 21-CA-001425

_____

FMSBA I, LLC,

Appellant,

v.

BELL TOWER SHOPS, LLC and HAVEN FORT MYERS, LLC,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Alane Laboda, Judge.

June 18, 2024

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Richard L. Allen and Justin M. Henning, of Krinzman Huss Lubetsky Feldman & Hotte, Miami, for Appellant.

Robert G. Menzies, of FisherBroyles, LLP, Naples, for Appellee, Bell Towers Shops, LLC.

No Appearance for Appellee, Haven Fort Myers, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED